95 A.3d 173

IN THE MATTER OF STEPHEN D. BROWN, AN ATTORNEY AT LAW (ATTORNEY NO. 036511985).

July 28, 2014.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–135 of **STEPHEN D. BROWN** of **EAST ORANGE,** who was admitted to the bar of this State in 1986;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 5.3(a) and (b) (failure to adequately supervise a non-lawyer employee), and *RPC* 8.4(c) (conduct involving dishonesty, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.1(b), *RPC* 1.15(a), *RPC* 1.15(d), *Rule* 1:21–6, *RPC* 5.3(a) and *RPC* 8.4(c), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical

conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–00408E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **STEPHEN D. BROWN** of **EAST ORANGE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.